# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BERNIER, *et al*. for themselves and all others similarly situated, | ) ) ) | CASE NO.: 1:21-cv-01302 |
| Plaintiffs, | ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) ) | **ORDER OF DISMISSAL** |
| AMERICAN TANK & FABRICATING COMPANY, | ) ) ) | |
| Defendant. | | |

On December 27, 2022, the Parties notified the Court that this matter has been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The Parties may submit their motion to approve the settlement by no later than January 26, 2023. This Court will retain jurisdiction over the settlement.

IT IS SO ORDERED.


DATED: December 27, 2022  /s/ *John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT